United States Bankruptcy Court
For The
Western District Of Kentucky

In Re:  Lannie D. Pierce
        Gail H. Pierce

Debtors                                             Case Number 14-10745

Amendment to Schedules

Comes the debtors and hereby amends schedule F as follows:

Added:

1  Elizabethtown Hematology-Oncology
   1107 Woodland Dr.
   Suite 105
   Elizabethtown, KY 42701
   Consideration for claim: Credit Services
   Claim is Unliquidated
   Amount Of Claim: 431.00

Notice

To the above listed creditor:

   You are listed as a creditor in the above styled and numbered action, the attached "Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines" applies to you.

   YOU ARE FURTHER ON NOTICE THAT YOU HAVE A 90 DAY TIME PERIOD IN WHICH TO FILE A PROOF OF CLAIM FROM THE DATE OF THE CERTIFICATE OF SERVICE BELOW.

1

The undersigned certifies under penalties of perjury, that Ie have read the foregoing amendment, and certify that the statements therein contained are true and complete to the best of my knowledge, information and belief.

Executed on 8/22/14                /s/ Lannie D. Pierce
                                   Lannie D. Pierce

                                   /s/ Gail H. Pierce
                                   Gail H. Pierce

Certificate Of Service

I, Tim Berry Falls, swear and affirm that a true and exact copy of the foregoing was mailed to the above listed creditor, at the addresses listed above, along with the "Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines" and ch. 13 plan which is of record in the file; A proof of claim form; the ch. 13 trustee by electronic filing this 22nd day of August, 2014.

                                   /s/ Tim Berry Falls
                                   Tim Berry Falls
                                   Attorney For Debtor
                                   PO Box 38
                                   Campbellsville, KY 42719
                                   (270) 789-4902